WWR# 9702929

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re:   Kurtis J. Albrecht

              Debtor,

Case No.   07-20861
Chapter 13
Hon. Manuel Barbosa

_____/

**PNC BANK, N.A.'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

      NOW COMES PNC Bank, N.A., successor in interest to CLC, pursuant Fed. Bankr. R. 3001(g) and disagrees with the Trustee's Notice as follows:

      1.      Respondent states that any pre-petition arrearage has not been cured.  The amount of pre-petition arrearage remaining is $2,174.45.

      2.      Respondent further states that the post-petition ongoing payments are not current. The amount past due is $25,380.  This Response and the itemized statement attached serve as a Supplement to Respondent's Proof of Claim.

      THEREFORE, PNC Bank, N.A. does not agree that the plan is complete.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date:   June 22, 2012          By:  /s/ Monette Cope
                                                 Monette Cope (ARDC# 6198913)
                                               180 N. LaSalle St., #2400
                                               Chicago, IL 60601
                                               312-253-9624
                                               mcope@weltman.com
                                               Attorney for Creditor, PNC Bank, N.A.

## PROOF OF SERVICE

Creditor, PNC Bank, N.A. filed Response to Trustee's Notice of Final Cure Payment. All parties were served a copy of the Response on June 22, 2012. The Response was served upon Debtor(s) by depositing the same in the U.S. Mail at 180 N. LaSalle St., Chicago, Illinois postage prepaid as addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

Kurtis J. Albrecht
218 N. Washington St.
Carpentersville, IL 60110

Stephen J. Costello
Attorney for Debtor
Costello & Costello
19 N. Western Ave. Rt. 31
Carpentersville, IL 60110

Glenn B. Stearns
Chapter 13 Trustee
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

By: /s/ Audrey McClain
    Audrey McClain, Legal Assistant